UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MONSANTO COMPANY and MONSANTO TECHNOLOGY LLC, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 4:09-CV-0185 AGF ) |
| JAMES POOL, | ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's motion to dismiss (Doc. #18) for lack of personal jurisdiction is **DENIED** as moot, in light of the filing by Plaintiff of an amendment to the complaint. This denial is without prejudice to Defendant's right to file a new motion to dismiss for lack of personal jurisdiction, upon his review of the entire record.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated on this 9th day of June, 2009.